UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD KINDLE

    Plaintiff,

  v.                                                                                  Case No. 25-cv-1197-JPG

PAULA CARREY MOORE, Regional Vice
President of Housing and Economic Empowerment,
Urban League of Metropolitan St. Louis, Inc.,

    Defendant.

## MEMORANDUM AND ORDER

      This matter comes before the Court after plaintiff Edward Kindle failed to amend his complaint to state a claim for which relief can be granted. On June 10, 2025, the Court dismissed the Complaint for failure to state a claim, *see Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007) (an action fails to state a claim if it does not plead "enough facts to state a claim to relief that is plausible on its face"), and allowed Kindle an opportunity to plead more facts to explain what he thinks defendant Paula Carrey Moore did to harm him. It reserved ruling on Kindle's motion for leave to proceed *in forma pauperis* (Doc. 4). The Court extended the deadline to amend once, but Kindle failed to file an amended pleading with more facts to state a claim against Moore. In the absence of a pleading stating a claim for which relief can be granted, the Court **DENIES** Kindle's motion for leave to proceed *in forma pauperis*, 28 U.S.C. § 1915(e)(2)(B)(ii) (Doc. 4), **DISMISSES** this case **without prejudice**, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  August 12, 2025**

                                                          s/ J. Phil Gilbert
                                                          **J. PHIL GILBERT**
                                                          **DISTRICT JUDGE**