UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD KINDLE<br><br>　　Plaintiff,<br><br>　v.<br><br>PAULA CARREY MOORE, Regional Vice President of Housing and Economic Empowerment, Urban League of Metropolitan St. Louis, Inc.,<br><br>　　Defendant. | Case No. 25-cv-1197-JPG |

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to state a claim,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** August 12, 2025　　　　　　　**MONICA A. STUMP, Clerk of Court**

　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**