UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD KINDLE,

    Plaintiff,

  v.

PAULA CARREY MOORE, Regional Vice President of Housing and Economic Empowerment, Urban League of Metropolitan St. Louis, Inc.,

    Defendant.

Case No. 25-cv-01197-JPG

## **MEMORANDUM AND ORDER**

This case is before the Court after Plaintiff Edward Kindle failed to amend his complaint to state a claim for which relief can be granted. On June 10, 2025, the Court dismissed the complaint for failure to state a claim, *see Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007) (an action fails to state a claim if it does not plead "enough facts to state a claim to relief that is plausible on its face."), and allowed Plaintiff an opportunity to plead more facts to explain what he thinks Defendant Paula Carrey Moore did to harm him. It reserved ruling on Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 4). The Court extended the deadline to amend once, but Plaintiff failed to file an amended pleading with more facts to state a claim against Defendant. As such, on August 12, 2025, the Court denied Plaintiff's Motion to Proceed *in Forma Pauperis*, dismissed the case without prejudice, and entered a judgment of dismissal (Doc. 13; Doc. 14). The same day, Plaintiff filed a motion for extension of time (Doc. 15). The Court vacated its order and judgment of dismissal, reinstated Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*, and granted his Motion for Extension of Time (Doc. 16). It stated that Plaintiff shall have up to and including September 29, 2025, to file an amended complaint that states a claim against Defendant and warned that no further extensions of time will be

granted absent extraordinary circumstances. The deadline has passed, and Plaintiff has not filed an amendment nor asked for an extension of time. Therefore, the Court DENIES Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 4), DISMISSES this case with prejudice, and DIRECTS the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**:   October 6, 2025

                                                       s/ J. Phil Gilbert
                                                     **J. PHIL GILBERT**
                                                     **United States District Judge**