UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD KINDLE,

    Plaintiff,

v.

PAULA CARREY MOORE, Regional Vice President of Housing and Economic Empowerment, Urban League of Metropolitan St. Louis, Inc.,

    Defendant.

Case No. 25-cv-01197-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to state a claim,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: October 6, 2025**       **MONICA A. STUMP, Clerk of Court**

    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **United States District Judge**